IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUN CABINET CO., LTD.,

    Plaintiff,

v.

AZURE PACIFIC LTD.,

    Defendant.

No. C 06-03558 JSW

**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Pursuant to Civil Local Rule 72-1 and to the parties' unanimous consent, the above-captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all purposes.

**IT IS SO ORDERED.**

Dated: October 6, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom