IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN CABINET CO., LTD., | No. C-06-03558 EDL |
| Plaintiff, | **ORDER REFERRING CASE FOR EMERGENCY SETTLEMENT CONFERENCE** |
| v. | |
| AZURE PACIFIC LTD., | |
| Defendant. | |

This matter is referred to a magistrate judge to conduct a settlement conference on an expedited basis, to be held within thirty days.

**IT IS SO ORDERED.**

Dated: September 10, 2007

                                                               *Elizabeth D. Laporte*
                                                               ELIZABETH D. LAPORTE
                                                               United States Magistrate Judge