IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUN CABINET CO., LTD.,                                No. C-06-03558 EDL

       Plaintiff,                                              **ORDER CONTINUING STATUS CONFERENCE**

  v.

AZURE PACIFIC LTD.,

       Defendant.
                                       /

      On September 26, 2007, Defendant filed a Petition for Voluntary Bankruptcy (Chapter 7) in the U.S. Bankruptcy Court for the Northern District of California (Santa Rosa). On October 16, 2007, Plaintiff's counsel requested a continuance of the October 23, 2007 status conference to enable Plaintiff's counsel to attend the October 23, 2007 meeting of creditors in the bankruptcy matter. Good cause appearing, Plaintiff's request is granted. The status conference is continued to October 30, 2007 at 10:00 a.m. An updated status conference statement shall be filed no later than October 26, 2007.

      **IT IS SO ORDERED.**

Dated: October 19, 2007

                                                              ELIZABETH D. LAPORTE
                                                               United States Magistrate Judge