IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUN CABINET CO., LTD.,  No. C-06-03558 EDL

    Plaintiff,  **ORDER VACATING OCTOBER 30, 2007 CASE MANAGEMENT CONFERENCE**

  v.

AZURE PACIFIC LTD.,

    Defendant.
_____/

    On September 26, 2007, Defendant filed a Petition for Voluntary Bankruptcy (Chapter 7) in the U.S. Bankruptcy Court for the Northern District of California (Santa Rosa). On October 24, 2007, Plaintiff filed an updated case management conference statement reporting on the bankruptcy proceedings.

    Due to Defendant's bankruptcy filing, the October 30, 2007 case management conference is vacated. Plaintiff shall keep the Court apprised of the bankruptcy proceedings. A further case management conference is scheduled for October 28, 2008 at 10:00 a.m.

    **IT IS SO ORDERED.**

Dated: October 25, 2007

                                                            ELIZABETH D. LAPORTE
                                                           United States Magistrate Judge