IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN CABINET CO., LTD., | No. C-06-03558 EDL |
| Plaintiff, | **ORDER FOLLOWING STATUS CONFERENCE** |
| v. | |
| AZURE PACIFIC LTD., | |
| Defendant. | |

Following the status conference on January 22, 2008, the Court orders:

1. Counsel for Defendant shall file a motion to withdraw no later than February 19, 2008 for hearing on February 26, 2008.

2. Trial is set for March 11, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 22, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge