IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUN CABINET CO., LTD.,　　　　　　　　　　　No. C-06-03558 (EDL)

　　　　Plaintiff,　　　　　　　　　　　　　　**ORDER GRANTING MOTION TO WITHDRAW**

　　v.

AZURE PACIFIC LTD.,

　　　　Defendant.
_____/

　　Lawrence Baskin, counsel for Defendant Azure Pacific, seeks to withdraw as counsel. The Court held a hearing on defense counsel's motion on February 26, 2008. For the reasons stated at the hearing, counsel's motion is GRANTED. IT IS FURTHER ORDERED that Mr. Baskin shall continue to accept service for Defendant and shall forward on to Defendant any and all papers relating to this litigation. The Court further notes that there appear to be grounds for Plaintiff to seek default judgment. For example, Local Rule 3-9(b) prevents a corporation from appearing pro se.

　　**IT IS SO ORDERED.**

Dated: February 27, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge