**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN CABINET CO., LTD., | No. C-06-03558 EDL |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| AZURE PACIFIC LTD., | |
| Defendant. / | |

In light of Plaintiff's March 7, 2008 Petition for Dismissal of Action, this action is dismissed.

**IT IS SO ORDERED.**

Dated: March 10, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge